UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JESSE ORAM, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 1:16-cv-953-TWP-TAB |
| ) | |
| DUSHAN ZATECHY, ) | |
| ) | |
| Respondent. ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

Petitioner Jesse Oram is a state prisoner who seeks a Writ of Habeas Corpus. He was given a period of time in which to supplement his Petition by identifying the legal basis on which he contends that he was entitled to procedural or substantive due process when petitioning prison authorities for the restoration of earned good time which had previously been forfeited.

The deadline for the filing of the supplement has passed. No supplement or other material has been filed. "Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott,* 512 U.S. 849, 856 (1994). For the reasons explained in the Entry of June 6, 2016, that is the disposition required in this case. In short, the reason for this conclusion is that the Petitioner was not entitled to any particular due process protections in conjunction with his request for the restoration of a portion of good time which had been forfeited as a result of prison disciplinary proceedings. It is evident, therefore, that the Petition for Writ of Habeas Corpus shows on its face that the Petitioner is not entitled to the relief he seeks. His petition for writ of habeas corpus is **denied.**

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 07/12/2016

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JESSE ORAM
129165
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064